RECEIVED
JUN - 8 2011
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ROLANDO ARISTIL | * | CIVIL ACTION NO. 11-0221<br>Section P |
| VERSUS | * | JUDGE DONALD E. WALTER |
| JOHN SMITH, WARDEN, TENSAS PARISH DETENTION CENTER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* be **DENIED and DISMISSED** with prejudice, as moot.

THUS DONE AND SIGNED this \_\_7\_\_ day of \_\_June\_\_ 2011 in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE